UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARIF MOBLEY, et al., )<br>            )<br>  Plaintiffs, )<br>            )<br>  v. )<br>            )<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>            )<br>  Defendant. )<br>            ) | Civil Action No. 11-2074 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiffs' opposition thereto, and Defendant's reply, it is hereby **ORDERED** that:

Defendant Department of Homeland Security's Motion for Summary Judgment is **GRANTED.**

This case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated:_____         _____
                             BERYL A. HOWELL
                             United States District Judge